IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDELL MOORE and LAVETA MOORE, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. 21-4100 |
| : | |
| v. : | |
| : | |
| STEPHANIE AND OSCAR MORRISON, : | |
| : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 18th day of March, 2022, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1), complaint (Doc. No. 2), and amended complaint (Doc. No. 6) filed by the *pro se* plaintiffs, Lindell Moore and Laveta Moore; and for the reasons stated in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED**, and the plaintiffs have leave to proceed *in forma pauperis*;

2. The amended complaint (Doc. No. 6) is **DEEMED** filed;

3. The clerk of court is **DIRECTED** to terminate the following individuals as defendants in this action: Ceasar Mercado, Edwin Rodriguez, Nell Solaski, and Paula Griffin;

4. The amended complaint (Doc. No. 6) is **DISMISSED WITH PREJUDICE**; and

5. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.